359 A.2d 366
COMMONWEALTH of Pennsylvania

v.

James M. JACKSON, Appellant.

Supreme Court of Pennsylvania.

Argued March 11, 1976.

Decided July 6, 1976.

Donald P. Monti, William G. Sutter, Jr., Robert S. Adams, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Charles W. Johns, Asst. Dist. Attys., L. R. Paulick, Pittsburgh, for appellee.

Before Jones, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.